Fill in this information to identify your case:

Debtor 1 John Quatrato Quadrozzi Jr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number (if known) 26-45265

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

699 Columbia Holdings, LLC
Creditor's Name
c/o Golden East Investors, LLC
Number Street
95-20 63rd Road, Suite S
Rego Park NY 11374
City State ZIP Code
Josh Blisko, jblisko@geinvestors.com
Contact

Contact phone

What is the nature of the claim? Loan guaranties — $ 0.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ 67,101,232.23
Value of security: – $ 133,000,000.00
Unsecured claim $ 0.00

**2**

City of New York (LPC)
Creditor's Name
c/o NYC Law Department
Number Street
100 Church Street
New York NY 10007
City State ZIP Code
Corporation Counsel
Contact

Contact phone

What is the nature of the claim? Judgment, Index No. 8442/2010 — $ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ 214,000.00
Value of security: – $ Unknown
Unsecured claim $ Unknown

Debtor 1 John Quatrato Quadrozzi Jr.
First Name Middle Name Last Name

Case number (if known) ____

Unsecured claim

**3** NYC Environmental Control Board
Creditor's Name
66 John Street
Number Street
10th Floor
New York NY 10038
City State ZIP Code
Contact
Contact phone

What is the nature of the claim? ECB violations — $ Unknown

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim $____

**4** Internal Revenue Service
Creditor's Name
Centralized Insolvency Operation
Number Street
P.O. Box 7346
Philadelphia PA 19101
City State ZIP Code
Contact
Contact phone

What is the nature of the claim? Income taxes — $ 0.00

Estimated taxs paid. For disclosure purposes only.

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim $____

**5** NYS Dept. of Taxation and Finance
Creditor's Name
Bankruptcy Section
Number Street
P.O. Box 5300
Albany NY 12205
City State ZIP Code
Contact
Contact phone

What is the nature of the claim? Income taxes — $ Unknown

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured): $ Unknown
  Value of security: – $ Unknown
  Unsecured claim $ Unknown

**6** Joseph N. Paykin
Creditor's Name
1025 Westchester Ave. Suite 301
Number Street
Hinman, Howard & Kattell, LLP
White Plains NY 10604
City State ZIP Code
(212)725-4428
Contact
Contact phone

What is the nature of the claim? Unpaid Invoice — $ 78,241.23

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim $____

**7** ____
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

What is the nature of the claim? ____ $____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim $____

Debtor 1 John Quatrato Quadrozzi Jr.
First Name Middle Name Last Name

Case number (if known)__________

Unsecured claim

**8**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ________ $________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $________
  - Value of security: - $________
  - Unsecured claim $________

**9**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ________ $________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $________
  - Value of security: - $________
  - Unsecured claim $________

**10**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ________ $________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $________
  - Value of security: - $________
  - Unsecured claim $________

**11**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ________ $________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $________
  - Value of security: - $________
  - Unsecured claim $________

**12**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ________ $________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $________
  - Value of security: - $________
  - Unsecured claim $________

Debtor 1 John Quatrato Quadrozzi Jr.
First Name Middle Name Last Name

Case number (if known)

Unsecured claim

**13**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**14**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**15**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**16**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**17**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

Debtor 1 John Quatrato Quadrozzi Jr.
First Name Middle Name Last Name

Case number (if known)

**Unsecured claim**

**18**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

**19**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

**20**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** $

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ [signature] ✗

Signature of Debtor 1 Signature of Debtor 2

Date 11/11/2026 Date
MM / DD / YYYY MM / DD / YYYY